IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHERRI LUKE,

        Petitioner,

v.

SEAN SHAW, DIONE KING,
DAWN SIMS, JOYCE JOHNSON,
as Guardian of A.C. and J.R.,
Minors, LEANNE SHAW, RISHA
FREDERICK, and DELORES
SHAW,

        Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2639

Opinion filed December 21, 2016.

Petition for Writ of Certiorari – original jurisdiction.

Thomas L. Powell of The Powell Law Firm, Tallahassee, for Petitioner.

Sarah S. Butters and Tiffany A. Roddenberry of Holland & Knight LLP, Tallahassee,
for Respondent Sean Shaw.

PER CURIAM.

        DENIED.

B.L. THOMAS, WETHERELL, and M.K. THOMAS, JJ., CONCUR.